IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ramey, Dorothy M | Case Number: 08 B 03288 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/8/08 | Filed: 2/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 22, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Transportation Unlimited | Secured | 4,060.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 30,000.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 27.00 | 0.00 |
| 7. | RJM Acquisitions LLC | Unsecured | 8.48 | 0.00 |
| 8. | Calvary Portfolio Services | Unsecured | 78.94 | 0.00 |
| 9. | Transportation Unlimited | Unsecured | 106.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 114.00 | 0.00 |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 14. | J V D B & Associates | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 17. | Professional Collection | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,394.42 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ramey, Dorothy M | Case Number:  08 B 03288 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/8/08 | Filed:  2/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

